**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-50422
Summary Calendar

_____


ANGELITA Z. HERNANDEZ,

                                              Plaintiff,

                VERSUS


EMERY WORLDWIDE, Etc.; ET AL,

                                              Defendants,

   CONSOLIDATED FREIGHTWAYS CORP., Severally and Jointly,

                                      Defendant-Appellant,

                VERSUS

           LORENZO W. TIJERINA

                                              Appellee.


_____

        Appeal from the United States District Court
           For the Western District of Texas
                  SA-97-CV-1085-FB
_____
                    June 7, 2001
Before DAVIS, JONES, DeMOSS, Circuit Judges.

PER CURIAM:[*]

       After reviewing the record and briefs of the parties, we are

satisfied that the district court did not abuse its considerable

discretion in rescinding its earlier award of sanctions for a Rule 11

violation.

       AFFIRMED.

_____

       [*]Pursuant to 5th Cir. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5th Cir. R. 47.5.4.